**No. 62141.**—Cathay Crafts Corp. v. United States, protests 306457–K and 324040–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the

subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiff was sustained.